reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Teagne*, Nos. CR–98–33; CA–01–530–7 (W.D.Va. July 16, 2001; Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Helen **THOMPSON**, Plaintiff–Appellant,

v.

**CITY OF JACKSONVILLE**, Defendant–Appellee.

No. 01–2062.

United States Court of Appeals, Fourth Circuit.

Submitted May 7, 2002.

Decided May 23, 2002.

Jeffrey S. Miller, Jacksonville, North Carolina, for Appellant. Patricia L. Holland, Norwood P. Blanchard, III, Cranfill, Sumner & Hartzog, L.L.P., Raleigh, North Carolina, for Appellee.

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

OPINION

PER CURIAM.

Helen Thompson appeals the district court's order granting summary judgment to Appellee, the City of Jacksonville, and dismissing her civil action. *See Thompson v. City of Jacksonville*, No. CA–00–120–7–F1 (E.D.N.C. July 17, 2001). Thompson claims Appellee wrongfully terminated her based upon her race and sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2001). After careful review of the record and the district court's order, we reject Thompson's claims as meritless. Thompson has conceded that her claim "does not dovetail neatly with the *McDonnell Douglas [Corp. v. Green*, 411 U.S. 792, 802, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973),] framework or its Fourth Circuit progeny." (Appellant's Br. at 7.) Moreover, even giving Thompson the benefit of all permissible inferences, she has failed to create a genuine issue of material fact showing that Appellee's legitimate, non-discriminatory reasons for her termination were pretextual. *See Reeves v. Sanderson Plumbing Prod., Inc.*, 530 U.S. 133, 143, 120 S.Ct. 2097, 147 L.Ed.2d 105 (2000). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

